# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 22-40043

Feds for Medical Freedom vs. Biden
(Short Title)

The Clerk will enter my appearance as Counsel for Feds for Medical Freedom; Local 918, American Federation of Government Employees; Highland Engineering, Incorporated; Raymond A. Beebe, Jr. John Armbrust; et al. (see attached list)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☐ Appellant(s)   ☑ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ R. Trent McCotter                                 mccotter@boydengrayassociates.com
(Signature)                                           (e-mail address)

R. Trent McCotter                                     NC/43045
(Type or print name)                                  (State/Bar No.)

                                                      ☑ Male   ☐ Female   ☐ Non-binary
(Title, if any)

Boyden Gray & Associates PLLC
(Firm or Organization)

Address  801 17th Street NW, Suite 350

City & State  Washington, DC                          Zip 20006

Primary Tel. 2027065488     Cell Phone: 2027065488

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** R. Trent McCotter

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
       ☐ Yes   ☑ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
       ☑ Yes   ☐ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
       ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  Yes, preliminary relief

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Rodden v. Fauci, No. 3:21-cv-317 (S.D.Tex.)

Foley v. Biden, No. 4:21-cv-1098 (N.D. Tex.)

Name of Court or Agency  Rodden [SDTX]; Foley [NDTX]

Status of Appeal (if any)  N/A

Other Status (if not appealed)  Rodden is in TRO briefing; Foley has a pending motion for leave to amend

**NOTE: Attach sheet to give further details.**                                          DKT-5A REVISED February 2017

Additional parties represented:

1. N. Anne Atkinson

2. Julia Badger

3. Michael Ball

4. Raymond A. Beebe, Jr.

5. Craigan Biggs

6. Laura Brunstetter

7. Mark Canales

8. Michele Caramenico

9. Andrew Chamberland

10. David Clark

11. Diane Countryman

12. Kevin Dantuma

13. Jose Delgado

14. Jordan DeManss

15. George Demetriou

16. Keri Divilbiss

17. Mercer Dunn IV

18. William Filkins

19. Jonathan Gragg

20. Bryon Green

21. Thomas David Green

22. Erika Hebert

23. Peter Hennemann

24. Neil Horn

25. Carey Hunter-Andrews

26. Tana Johnston

27. Tyler Klosterman

28. Deborah Lawson

29. Dan Lewis

30. Melissa Magill

31. Kendra Ann Marceau

32. Dalia Matos

33. Stephen May

34. Steven McComis

35. Christopher Miller

36. Joshua Moore

37. Brent Moores

38. Jesse Neugebauer
39. Joshua Nicely
40. Leslie Carl Petersen
41. Patti Rivera
42. Joshua Roberts
43. Ashley Rodman
44. M. LeeAnne Rucker-Reed
45. Trevor Rutledge
46. Nevada Ryan
47. James Charles Sams III
48. Michael Schaecher
49. Christina Schaff
50. Kurtis Simpson
51. Barrett Smith
52. Jaci ReNee Smith
53. Jarod Smith
54. Jana Spruce
55. John Tordai
56. Sandor Vigh

57. Christine Vrtaric

58. Pamela Weichel

59. David Wentz

60. Jason Wilkerson

61. Patrick Wright

62. Patrick Mendoza York