# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40043   Feds for Medical Freedom v. Biden
                  USDC No. 3:21-CV-356

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

Ms. Sarah Wendy Carroll
Mr. James Garland Gillingham
Mr. Gene Patrick Hamilton
Mr. R. Trent McCotter
Mr. Nathan Ochsner
Mr. Jordan E. Pratt
Mr. Casen Ross