# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 9, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth
Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Joseph R. Biden, President of the United States, et al.
v. Feds for Medical Freedom, et al.
Application No. 22A1066
(Your No. 22-40043)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on June 9, 2023, extended the time to and including July 21, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130