# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 21, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Joseph R. Biden, Jr., President of the United States, et al.
v. Feds for Medical Freedom, et al.
No. 23-60
(Your No. 22-40043)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 21, 2023 and placed on the docket July 21, 2023 as No. 23-60.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst