# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2023

No. 22-40043   Feds for Medical Freedom v. Biden
              USDC No. 3:21-CV-356

Dear Counsel:

The court has requested that the Government file a response by December 27, 2023, to Appellees' Motion for an order clarifying effect of Supreme Court's vacatur of this Court's en banc judgment dated March 23, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
  Mr. Lowell Harrison Becraft, Jr.
  Ms. Sarah Wendy Carroll
  Mr. David Anthony Dalia
  Mr. Gregory Dolin
  Mr. James Garland Gillingham
  Ms. Brianne Jenna Gorod
  Mr. David J. Hacker
  Mr. Gene Patrick Hamilton
  Mr. Jeffrey Jennings
  Mr. Jared Kelson
  Mr. R. Trent McCotter
  Mr. William Jeffrey Olson
  Mr. Casen Ross
  Mr. Charles Wylie Scarborough
  Mr. Andrew Layton Schlafly
  Mr. John Clay Sullivan
  Mr. John Julian Vecchione
  Mr. Daniel Winik