# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2023

No. 22-40043    Feds for Medical Freedom v. Biden
                USDC No. 3:21-CV-356

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 4:30 p.m., or on weekend or holiday) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Lowell Harrison Becraft, Jr.
    Ms. Sarah Wendy Carroll
    Mr. David Anthony Dalia
    Mr. Gregory Dolin
    Mr. James Garland Gillingham
    Ms. Brianne Jenna Gorod
    Mr. David J. Hacker
    Mr. Gene Patrick Hamilton
    Mr. Jeffrey Jennings
    Mr. Jared Kelson
    Mr. R. Trent McCotter
    Mr. William Jeffrey Olson
    Mr. Casen Ross
    Mr. Charles Wylie Scarborough
    Mr. Andrew Layton Schlafly
    Mr. John Clay Sullivan
    Mr. John Julian Vecchione
    Mr. Daniel Winik