# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-40043
_____

Feds for Medical Freedom; Local 918, American Federation of Government Employees; Highland Engineering, Incorporated; Raymond A. Beebe, Jr.; John Armbrust; Et al.,

        *Plaintiffs—Appellees*,

*versus*

Joseph R. Biden, Jr., *in his official capacity as President of the United States*; The United States of America; Pete Buttigieg, *in his official capacity as Secretary of Transportation*; Department of Transportation; Janet Yellen, *in her official capacity as Secretary of Treasury*; Et al.,

        *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:21-CV-356

_____

### UNPUBLISHED ORDER

Before Richman, *Chief Judge*, and Jones, Smith, Barksdale, Stewart, Dennis, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, and Wilson, *Circuit Judges*.

No. 22-40043

Per Curiam:[*]

IT IS ORDERED that Appellees' opposed motion for an order clarifying the effect of the Supreme Court's vacatur of this court's en banc judgment dated March 23, 2023, is DENIED.

---

[*] Judges Douglas and Ramirez joined the court after this case was submitted to the court en banc and did not participate in this decision.