# Supreme Court of the United States

No. 23–60

**JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL.,**

Petitioners

v.

**FEDS FOR MEDICAL FREEDOM, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit with instructions to direct the District Court to vacate as moot its order granting a preliminary injunction. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

December 11, 2023

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States